**OPINION ON REHEARING**



**FILED**

Oct 13 2017, 9:31 am

**CLERK**
Indiana Supreme Court
Court of Appeals
and Tax Court

| ATTORNEY FOR APPELLANTS | ATTORNEYS FOR APPELLEE |
|---|---|
| Gary M. Selig<br>Indianapolis, Indiana | Curtis T. Hill, Jr.<br>Attorney General of Indiana<br><br>Frances Barrow<br>Deputy Attorney General<br>Indianapolis, Indiana |

# I N  T H E
# COURT OF APPEALS OF INDIANA

| | |
|---|---|
| Robert Bowman, Tommy Maurry, and Jacob Murphy, et al.,<br><br>*Appellants-Respondents,*<br><br>v.<br><br>State of Indiana,<br><br>*Appellee-Petitioner* | October 13, 2017<br><br>Court of Appeals Case No. 49A02-1606-MI-1463<br><br>Appeal from the Marion Superior Court<br><br>The Honorable Marc T. Rothenberg, Judge<br><br>Trial Court Cause Nos.<br>49G02-1602-MI-4868<br>49G02-1602-MI-4926 |

**Baker, Judge.**

The State has filed a petition for rehearing in this case. We grant the petition for the limited purpose of withdrawing footnote three of our original opinion. That footnote did not affect our analysis or holding, and its omission does not either. In all other respects, we deny the State's petition for rehearing.

Bailey, J., and Altice, J., concur.